DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 2017-23 |
| | ) |
| TROY TITLEY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ATTORNEYS:

**Joycelyn Hewlett, Acting United States Attorney**
**Sigrid Tejo-Sprotte, AUSA**
United States Attorney's Office
St. Thomas, VI
   *For the United States of America,*

**Carl R. Williams**
Smith, Williams, PLLC
St. Thomas, VI
   *For defendant Troy Titley.*

## ORDER

**GÓMEZ, J.**

Before the Court is the application of Troy Titley ("Titley") to waive his speedy trial. For the reasons stated herein, the time to try this case is extended up to and including October 1, 2017.

While the Speedy Trial Act requires that a defendant be tried within seventy days of indictment, the Court specifically finds that extending this period would be in the best interest of justice for several reasons. First, an extension is

*United States v. Titley*
Criminal No. 2017-23
Order
Page 2

necessary to allow Titley time to address an issue regarding discovery that is necessary to prepare for trial. Second, the defendant made this request with the advice and consent of counsel. Third, without an extension, the parties would be denied reasonable time necessary to explore plea options.

    Consistent with these concerns, the United States Court of Appeals for the Third Circuit has recognized that "whether or not a case is 'unusual' or 'complex,' an ends of justice continuance may in appropriate circumstances be granted." *United States v. Fields*, 39 F.3d 439, 444 (3d Cir. 1994)(citing *United States v. Dota*, 33 F.3d 1179(9th Cir. 1994)("An ends of justice continuance may be justified on grounds that one side needs more time to prepare for trial . . . even though a case is not complex")); *see also United States v. Brooks*, 697 F.2d 517, 522 (3d Cir. 1982), *cert. denied*, 460 U.S. 1071(1983)(no abuse of discretion where district court found that multiple count, multiple defendant "case was complex and required additional time for adequate preparation."); *United States v. Lattany*, 982 F.2d 866, 883 (3d Cir. 1992)("district court did not abuse its discretion [by delaying trial] to give counsel . . . opportunity to . . . decid[e] upon and prepar[e] an appropriate defense.").

    The premises considered; it is hereby

*United States v. Titley*
Criminal No. 2017-23
Order
Page 3

**ORDERED** that the time beginning from the date of this order granting an extension through October 1, 2017, shall be excluded in computing the time within which a trial must be initiated pursuant to 18 U.S.C. § 3161.

                                                  S\_____
                                                    **Curtis V. Gómez**
                                                    **District Judge**